An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CARMEN OLFIDIA TORRES-SANCHEZ,
Appellant,
vs.
CAROLYN MYLES, WARDEN,
Respondent.

No. 65575

FILED

SEP 17 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a motion for order to show cause and a motion for amended judgment of conviction.[1] Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

In her motions filed on December 26, 2013, and January 7, 2014, appellant claimed that the Nevada Department of Corrections failed to apply her credits towards her minimum sentence for purposes of parole eligibility. Because appellant challenged the computation of time served and a post-conviction petition for a writ of habeas corpus is the only remedy for such a challenge, we conclude that the district court properly construed these motions to be post-conviction petitions for writs of habeas corpus. *See* NRS 34.724(2)(c). Further, based upon our review of the record on appeal, we conclude that the district court did not err in denying

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-30903

relief. Appellant received a parole hearing on January 30, 2014, and was granted parole. Thus, appellant's claim that the proper amount of credit was not applied to the minimum sentence and that she was denied a parole hearing has been rendered moot by the parole hearing and grant of parole. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Adriana Escobar, District Judge
Carmen Olfidia Torres-Sanchez
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk